UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON C. SAMUEL, | ) | 1:04-CV-5519 REC WMW HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | NUNC PRO TUNC |
| | ) | (DOCUMENT #14) |
| D. L. RUNNELS, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On May 11, 2005, respondent filed a motion for modification of briefing schedule to extend time to respond to the court's order. On May 11, 2005, and during the pendency of this request, respondent submitted its motion to dismiss. Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   June 13, 2005**          /s/ William M. Wunderlich
bl0dc4                                               UNITED STATES MAGISTRATE JUDGE