IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON C. SAMUEL,         )<br>                          )<br>            Petitioner,  )<br>                          )<br>     v.                   )<br>                          )<br>                          )<br>D. L. RUNNELS,            )<br>                          )<br>            Respondent.   )<br>_____) | CV F 04-5519 REC WMW HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** [Doc. 23], **DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK TO ENTER JUDGMENT FOR RESPONDENT** |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On February 16, 2006, the Magistrate Judge filed findings and recommendations herein.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  Petitioner filed objections on March 8, 2006.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on February 16, 2006, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is dismissed;
3. The Clerk of the Court is directed to enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:  March 10, 2006**                                   **/s/ Robert E. Coyle**
668554                                                                        UNITED STATES DISTRICT JUDGE

2